## WHITAKER *et al. v.* CITY OF FRANKLIN *et al.*

ATKINSON, J.  Under the pleadings and the evidence in the case the court did not err in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 2393.  JANUARY 11, 1922.

Petition for injunction. Before Judge Terrell. Heard superior court. December 10, 1920. ·

*Whitaker & Moore,* for plaintiffs.

*Frank S. Loftin* and *Hall & Jones,* for defendants.